```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 20885
   CHELSEA N ROBERTS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-3444


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/28/2004 and was confirmed 08/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.63% from remaining funds.

     The case was paid in full 08/17/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
---------------------------------------------------------------------------
DELL FINANCIAL             SECURED            400.00           .00          400.00
DELL FINANCIAL             UNSECURED         1034.22           .00          130.57
ADT                        UNSECURED        NOT FILED          .00             .00
CAPITAL ONE BANK           FILED LATE         392.47           .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00             .00
CROSSING POINTE            UNSECURED        NOT FILED          .00             .00
FIRST MIDWEST BANK         UNSECURED         8827.60           .00         1114.47
ECAST SETTLEMENT CORP      UNSECURED          276.53           .00           34.91
INSTANT CASH ADVANCE       UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH      318.90           .00           31.89
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED          300.54           .00           37.94
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00             .00
B-LINE LLC                 SECURED NOT I    4522.93            .00             .00
B-LINE LLC                 UNSECURED         6782.71           .00          856.32
ROUNDUP FUNDING LLC        UNSECURED          486.67           .00           61.44
ECAST SETTLEMENT CORP      UNSECURED         5909.79           .00          746.11
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                          186.36
DEBTOR REFUND              REFUND                                             2.67

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             3,602.68

PRIORITY                                        .00
SECURED                                      400.00
UNSECURED                                  3,013.65
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                         186.36

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 20885 CHELSEA N ROBERTS
```

```
DEBTOR REFUND                                                      2.67
                                    ---------------    ---------------
TOTALS                                     3,602.68           3,602.68
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 11/29/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```